IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00206-REB-MJW

TERRY J. PARROTT,

Plaintiff,

v.

AUTOMOTIVE WARRANTY NETWORK, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Appear by Telephone at Scheduling Conference (Docket No. 12) is GRANTED.  Counsel for Plaintiff is directed to call the Court's chambers (303-844-2403) at the scheduled time.

Date: March 17, 2016